ROBERT E. ENRIGHT, ET AL.

v.

HAROLD W. LUBOW, ET AL.

May 6, 1986.

Petition for certification is denied, without prejudice to an application, within 14 days of the filing date of this order, to the Appellate Division for reconsideration of its disposition on the counsel fee issue.

CAMDEN COUNTY VOCATIONAL TECHNICAL ASSOCIATION, ET AL.

v.

BOARD OF EDUCATION OF THE CAMDEN COUNTY VOCATIONAL TECHNICAL SCHOOLS, CAMDEN COUNTY.

May 6, 1986.

Petition for certification denied. (See 207 *N.J.Super.* 23)

IN THE MATTER OF THE GUARDIANSHIP OF E.R.O., A MINOR.

May 6, 1986.

Petition for certification denied.